| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | AUSA:  Sara Woodward | Telephone: (313) 226-9100 | |
| | Special Agent: Eugene Cacoveans | Telephone: (313) 576-1767 | |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.

Chance Willon AIKENS

Case No.  Case: 2:25−mj−30063
Assigned To : Unassigned
Assign. Date : 2/12/2025
Description: CMP USA V. AIKENS (DA)

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 11, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Eugene Cacoveans - VA-OIG
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __February 12, 2025__

_____
*Judge's signature*

City and state: __Detroit, Michigan__

Honorable Elizabeth Stafford, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF
# AN APPLICATION FOR A CRIMINAL COMPLAINT

I, Special Agent Eugene Cacovean, being duly sworn, hereby state:

1. I am a Special Agent with the Department of Veterans Affairs, Office of Inspector General (VA OIG) and have been employed with the VA OIG since February 2023. As a Special Agent, I am currently assigned to the Detroit Field Office. I have conducted and participated in numerous criminal investigations focused on violations involving fraud, waste, and abuse against the VA. I am a graduate of the Criminal Investigator Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. Prior to my employment with VA OIG, I was employed as a Special Agent with the U.S. Food and Drug Administration, Office of Criminal Investigations for five years from 2018 to 2023 and a Special Agent with the U.S. Secret Service for eight years from 2010 to 2018.

2. I make this affidavit from personal knowledge based on my participation in this investigation, including reports from other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of

establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

3.      Based upon my training and experience, as well as my extensive discussions with experienced officers of the VA Police Department and agents of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), I know the below information to be true.

4.      VA OIG is currently conducting a criminal investigation concerning Chance Willon AIKENS for violating 18 U.S.C. § 922(g)(1) (felon in possession of a firearm).

## **PROBABLE CAUSE**

5.      On February 7, 2025, a patient at the John D. Dingell VA Medical Center in Detroit, Michigan reported seeing Chance Willon AIKENS in possession of ammunition and a knife. AIKENS is a kitchen worker at the Dingell VA Medical Center. The facility is a federal property and weapons are prohibited. The facility has signage stating that weapons are prohibited on the medical center grounds.

6.      On February 11, 2025, VA Police Department (VAPD) officers conducted an interview with AIKENS at their office in the medical center. During that interview, AIKENS admitted to possessing a loaded handgun on his person.

2

7. After making this admission, AIKENS was handcuffed and an officer recovered a loaded Smith & Wesson M&P 40C .40 caliber handgun from AIKENS's front waistband.

8. The firearm information was input into the Law Enforcement Information Network (LEIN) which showed it as an unregistered firearm.

9. On February 11, 2025, I telephonically spoke with ATF Special Agent Kara Klupacs who reviewed the firearm information. As an interstate nexus expert, she stated that this firearm was manufactured outside of the state of Michigan and therefore traveled in interstate commerce.

10. On February 11, 2025, I reviewed a computer printout of AIKENS's criminal history (CCH). AIKENS's CCH indicates that AIKEN has been convicted of the following felony offense, punishable by more than one year in prison: 2019 – Felony Weapons – Felony Firearm – Second Offense Notice – Pled Guilty  3rd Circuit Court. AIKENS served five years in a state prison and was released in March 2024.

## **CONCLUSION**

11. There is probable cause to believe Chance Willon AIKENS did knowingly and intentionally possess one (1) Smith & Wesson M&P 40C .40 caliber semi-automatic pistol and ammunition in violation of 18 U.S.C. § 922(g)(1).

Respectfully submitted

*Eugene Cacovean*
Eugene Cacovean
Special Agent, VA OIG

Sworn to before me and signed in my presence
and/or by reliable electronic means.

*Elizabeth A. Stafford*
Hon. Elizabeth Stafford
United States Magistrate Judge

Dated:   February 12, 2025

4